IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV615


| | | |
|---|---|---|
| LSAA, INC., et al. | ) | |
|            Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SUNOCO, INC. (R&M) | ) | |
|            Defendant. | ) | |


**THIS MATTER** is before the Court upon the motion of Defendant to allow A. Christopher Young and Stacey I. Gregory to appear *Pro Hac Vice*, filed May 27, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.


**IT IS SO ORDERED.**

**Signed: June 2, 2005**

Graham C. Mullen
Chief United States District Judge